**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Courtney Ann Romito fka Courtney Ann                CHAPTER 13
Gunn fka Courtney Ann Yablon
Samantha Nancy Romito                                      BKY. NO. 25-14644 PMM

<u>Debtor(s)</u>

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
08 Jul 2026, 14:31:05, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: b08c4836a588a64ebf347bf82f8d44422e3244bb512e07649a7f2dd7af7ad2ad