United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 25-14644-pmm

Courtney Ann Romito                                                                     Chapter 13

Samantha Nancy Romito

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15089520 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2026 01:46:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Bethlehem and Bethlehem Twp Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Lakeview Loan Servicing  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MARK A. CRONIN | on behalf of Creditor Lakeview Loan Servicing  LLC, philalaw@aol.com, mccallaecf@ecf.courtdrive.com |

District/off: 0313-4 User: admin Page 2 of 2

Date Rcvd: Jul 23, 2026 Form ID: trc Total Noticed: 1

MARK A. CRONIN
on behalf of Creditor Rocket Mortgage  LLC, s/b/m Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing LLC
philalaw@aol.com, mccallaecf@ecf.courtdrive.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
on behalf of Joint Debtor Samantha Nancy Romito zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
on behalf of Debtor Courtney Ann Romito zzawarski@zawarskilaw.com


TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 25-14644-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Courtney Ann Romito
2925 Roosevelt Street
Bethlehem PA 18020-5534

Samantha Nancy Romito
2925 Roosevelt Street
Bethlehem PA 18020-5534

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/22/2026.

Name and Address of Alleged Transferor(s):

Claim No. 7: Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
C/O M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/25/26

Mohung Wong
**CLERK OF THE COURT**