Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Samantha Nancy Romito
2925 Roosevelt Street
Bethlehem, PA

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-14644-PMM**

Petition Filed Date: 11/14/2025
341 Hearing Date: 12/23/2025
Confirmation Date: 05/21/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/22/2025 | $410.00 | | 01/26/2026 | $410.00 | | 02/24/2026 | $470.00 | |
| 03/23/2026 | $470.00 | | 04/28/2026 | $470.00 | | 05/22/2026 | $470.00 | |
| 06/23/2026 | $470.00 | | 07/20/2026 | $470.00 | | | | |

**Total Receipts for the Period: $3,640.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CARVANA, LLC/BRIDGECREST<br>»» 001 | Secured Creditors | $1,894.00 | $66.18 | $1,827.82 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $2,252.03 | $0.00 | $2,252.03 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $2,133.41 | $0.00 | $2,133.41 |
| 4 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 004 | Unsecured Creditors | $99.00 | $0.00 | $99.00 |
| 5 | AFFIRM INC<br>»» 005 | Unsecured Creditors | $635.83 | $0.00 | $635.83 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $1,036.86 | $0.00 | $1,036.86 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $20,131.15 | $703.43 | $19,427.72 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $438.40 | $0.00 | $438.40 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $634.00 | $0.00 | $634.00 |
| 10 | TOWNSHIP OF BETHLEHEM<br>»» 010 | Secured Creditors | $135.94 | $0.00 | $135.94 |
| 11 | BETHLEHEM TOWNSHIP MUNICIPAL AUTHORITY<br>»» 011 | Secured Creditors | $525.51 | $18.36 | $507.15 |
| 12 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 012 | Unsecured Creditors | $531.81 | $0.00 | $531.81 |

**Chapter 13 Case No. 25-14644-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 013 | Unsecured Creditors | $12,220.21 | $0.00 | $12,220.21 |
| 14 | KEYSTONE COLLECTIONS GROUP<br>»» 014 | Priority Crediors | $67.00 | $67.00 | $0.00 |
| 15 | KEYSTONE COLLECTIONS GROUP<br>»» 015 | Unsecured Creditors | $370.30 | $0.00 | $370.30 |
| 16 | KEYSTONE COLLECTIONS GROUP<br>»» 016 | Unsecured Creditors | $630.68 | $0.00 | $630.68 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,640.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $3,354.97 | Arrearages: | $470.00 |
| Paid to Trustee: | $280.28 | Total Plan Base: | $28,080.00 |
| Funds on Hand: | $4.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.