**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | | |
| **Courtney and Samantha Romito,** | : | **Chapter 13** |
| | : | **Case No. 25-14644 PMM** |
| | : | |
| **Debtors.** | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief ("the Motion") (doc. #45) seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #48);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **October 15, 2026** the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.
2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 9/15/26**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**