United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14644-pmm
Courtney Ann Romito Chapter 13
Samantha Nancy Romito
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Sep 15, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Courtney Ann Romito, Samantha Nancy Romito, 2925 Roosevelt Street, Bethlehem, PA 18020-5534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Bethlehem and Bethlehem Twp Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Lakeview Loan Servicing LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MARK A. CRONIN | on behalf of Creditor Lakeview Loan Servicing LLC, philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage LLC, s/b/m Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing LLC philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
on behalf of Joint Debtor Samantha Nancy Romito zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
on behalf of Debtor Courtney Ann Romito zzawarski@zawarskilaw.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**
**Courtney and Samantha Romito,** : **Chapter 13**

: **Case No. 25-14644 PMM**
:
**Debtors.** :

**ORDER**

**AND NOW**, upon consideration of the Motion for Relief (“the Motion”) (doc. #45) seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #48);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days (“the Stipulation”);

It is hereby **ORDERED** that:

1. On or before **October 15, 2026** the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.
2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 9/15/26**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**